## U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT BILL OF COSTS FORM

**Directions:** Counsel for a prevailing party seeking costs must file this (or like) form within 14 days after entry of judgment. The $450 docketing fee (if the appellant prevails) and the cost of copying formal briefs and appendices are the only costs taxable in the court of appeals. Local Rule 39(a). Enter costs for any docketing fee paid and any briefs or appendices filed and served in the spaces provided. The number of copies required for filing and service (as summarized below) can be found in Local Rules 30(b) & 31(d). Any objections to costs must be filed within 14 days (plus 3 days for electronic service) of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.
**Limit on Brief/Appendix Copy Costs:** (number of pages) x (number of required filing & service copies) x ($.15/ page)
   **Briefs:** (8 file copies + 0 service copies)
   **Sealed briefs:** (4 file copies + 1 service copy for each lead counsel)
   **Appendix volumes:** (6 file copies + 1 service copy for each lead counsel)
   **Sealed appendix or exhibit volumes:** (4 file copies + 1 service copy for each lead counsel)
   (appointed counsel is required to file only 6 briefs and 5 appendices)

Case Number & Caption: 12-1329; 12-1498 Banner Life Insurance Company v. Jacqueline L. Noel

Prevailing Party Requesting Taxation of Costs: Banner Life Insurance Company

| | | | | |
|---|---|---|---|---|
| **Docketing Fee:** May be claimed by inserting $450 at right ($5 filing fee must be claimed in district court) | | | | **Charge:** _____ |
| **Brief filed on:** 06/29/12 | No. of Pages: 71 | x 8 Copies | x $.15/page | **Charge:** 85.20 |
| **Brief filed on:** _____ | No. of Pages: _____ | x 8 Copies | x $.15/page | **Charge:** _____ |
| **Brief filed on:** _____ | No. of Pages: _____ | x 8 Copies | x $.15/page | **Charge:** _____ |
| **Sealed Brief filed on:** _____ | No. of Pages: _____ | x (4 + ___ service) Copies | x $.15/page | **Charge:** _____ |
| **Sealed Brief filed on:** _____ | No. of Pages: _____ | x (4 + ___ service) Copies | x $.15/page | **Charge:** _____ |
| **Appendix filed on:** _____ | No. of Pages: _____ | x (6 + ___ service) Copies | x $.15/page | **Charge:** _____ |
| **Appendix filed on:** _____ | No. of Pages: _____ | x (6 + ___ service) Copies | x $.15/page | **Charge:** _____ |
| **Sealed Appendix or exhibit volumes filed on:** _____ | No. of Pages: _____ | x (4 + ___ service) Copies | x $.15/page | **Charge:** _____ |
| **TOTAL AMOUNT CLAIMED IN BILL OF COSTS** | | | | **$85.20** |

1. If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per copy or, if less, I have reduced the amount charged to the lesser rate.
2. If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 or other statutory authority permits an award of costs in this case.
3. I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

**Signature:** /s/ Robert B. Delano, Jr.     **Date:** 02/05/13

### Certificate of Service

I certify that on this date I served this document as follows:

By electronically filing using the CM/ECF System, which will send notice of filing to the CM/ECF participants listed below:
J. Tracy Walker IV Email: twalker@mcguirewoods.com and
Joseph Earl Blackburn, Jr. Email: joeblackburn@bcscpc.com

**Signature:** /s/ Robert B. Delano, Jr.     **Date:** 02/05/13

09/01/2011
LER/SVW

# LANTAGNE LEGAL PRINTING

Post Office Box 2472
Richmond, VA 23218-2472
(804) 644-0477    (800) 847-0477
Tax ID Number 54-1629032

016480-081052

**Bill To:**

Robert B. Delano, Jr.
SANDS ANDERSON PC
P.O. Box 1998
Richmond, VA  23218-1998

# Invoice

Invoice Date: 7/2/2012
Invoice #: **120664**
Due Date: 8/1/2012

*DISCOUNTS: 5% - 15 days*
*2% - 30 days*
*Net - 31 days*

| Description | Amount |
|---|---|
| Printed, filed and served 13 copies of the Brief of Appellee (71 pages) | 465.80T |
| Filed and served: 06/29/2012 U.S. Court of Appeals for the 4th Circuit Record No: 12-1329 Banner Life Insurance Company v. Jacqueline L. Noel | |
| TERMS: NET 31 DAYS - ANY BALANCE OVER 31 DAYS SUBJECT TO A $30.00 LATE FEE AND 1.5% INTEREST PER MONTH | Sales Tax (5.0%)    $23.29 |
| | **Total**    $489.09 |

We accept MASTERCARD, VISA and AMERICAN EXPRESS via telephone.